UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY WILLIAMS, | 2:12-cv-1330-LDG-GWF |
| Plaintiff, | |
| v. | **ORDER** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT; et al., | |
| Defendants. | |

On August 1, 2012, the magistrate judge issued a report recommending that plaintiff's application to proceed in forma pauperis be denied (#2). Instead of complying with the magistrate judge's directive to file objections within fourteen days, plaintiff appealed the report and recommendation to the Ninth Circuit (#3), which dismissed the appeal for lack of jurisdiction on September 6, 2012 (#9). In the meantime, on August 28, 2012, plaintiff filed his untimely objections without providing cause for his delay (#6).

The court finds that plaintiff has not complied with the noticed requirement to file his objections to the report and recommendation within fourteen days. In the absence of timely filed objections to the report and recommendation, the court need not review de novo any factual determination made by the magistrate judge. See 28 U.S.C. § 636(b)(1)( c). The court also finds

1 that, even if plaintiff's late-filed objections were considered, plaintiff does not dispute the findings
2 of the magistrate judge, but improperly asserts new circumstances in his objections which were
3 not before the magistrate judge. Accordingly, the magistrate judge's conclusions based on the
4 application record were sound.
5  THE COURT HEREBY ORDERS that the magistrate judge's report and recommendation
6 (#2) is ADOPTED, and that plaintiff's application to proceed in forma pauperis (#1) is DENIED
7 without prejudice.

9 Dated this ___ day of October, 2012.

12 _____
13 Lloyd D. George
United States District Judge